IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| OLIVIA ANDERSON, On Behalf of Richard Benjamin Bredeson, Jr., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-93-Z-BR |
| Commissioner, Social Security Administration, | § § § § | |
| Defendant. | § § | |

**ORDER**

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying Plaintiff disability insurance benefits. The United States Magistrate Judge entered her Findings, Conclusions, and Recommendation on July 2, 2021, recommending therein that the decision of the Commissioner be affirmed. (ECF 21). Plaintiff filed objections to the Findings, Conclusions, and Recommendation on July 16, 2021. (ECF 22).

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby **OVERRULES** Plaintiff's objections, **ADOPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge, and **AFFIRMS** the administrative decision of the Commissioner.

**SO ORDERED**.

July **27**, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE